IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA LOPEZ,**<br>    **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF SOCIAL SECURITY**<br>    **Defendant.** | CIVIL ACTION<br><br><br>NO. 07-CV-906 |

## ORDER

AND NOW, this 31st day of March, 2008, upon consideration of the parties' cross-Motions for Summary Judgment, and after careful review of the Report and Recommendation of United States Magistrate Linda K. Caracappa, and no objections having been filed, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation dated February 28, 2008, is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment is **DENIED**; and

3. The Defendant's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.